MEREDITH M. WATSON and LILLIAN McDOWELL WATSON, joined by her husband, MEREDITH M. WATSON, for the purpose of this suit, v. J. P. COCHRANE, JR., L. R. BAKER, as Sheriff of Palm Beach County, Florida, and DOUGLAS BAKER, as Clerk of the County Court in and for Indian River County, Florida.

8 So. (2nd) 664                Division B
June 16, 1942

Beacham & Gaulden, for petitioner.

Joseph S. White for respondent J. P. Cochrane, Jr., Mitchell, Smith & Mitchell, for Respondent Indian River Products Co.

PER CURIAM:

This case reached the court on petition for certiorari to review the action of the trial court in denying a temporary injunction. In view of the rule that such an order is in large measure discretionary and because abuse on the part of the chancellor has not been made to appear the petition is denied.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, THOMAS and ADAMS, JJ., concur.

CHAPMAN, J., dissents.